# INVESTIGATION REPORT

CASE: United States v. Yolandita Marie Andre, et al.
CR No. 3:24-cr-00353-AN

ATTORNEY: Peyton Lee, Fidel Cassino-DuCloux, Michael Benson

INVESTIGATOR: Paul Piché

WITNESS: Nancy Avila
Department of Human Services
[redacted]

DATE: October 15, 2026

---

On October 14, 2026, I served Nancy Avila with a trial subpoena at her office. She was expecting my contact. We spoke on the phone the previous day at which time I identified myself as an investigator at the Federal Public Defender office assisting Marie Valmont's attorneys.

During our contact at her office, I asked Ms. Avila about the possibility of interview. She described how it would be necessary to obtain approval from her supervisor. She also mentioned that the Department of Justice would need to be consulted. The topic of the tort claim came up. She did not know if it had resolved.

End.